SUE CAMPBELL, SBN 98728
MATTHEW P. MINSER, SBN 296344
CAMPBELL LAW OFFICE
1155 North First Street, Suite 218
San Jose, California 95112
Phone: (408) 277-0648
Fax:     (408) 938-1035

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE GELLER AND RONALD BENNETT AS TRUSTEES OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 302 HEALTH AND WELFARE AND PENSION TRUST FUNDS,<br><br>Plaintiffs,<br><br>vs.<br><br>JESS ZUNIGA ENTERPRISES, INC., A California Corporation DBA ZECO ELECTRIC COMPANY<br><br>Defendant(s). | CASE NO.: 15-CV-04188-KAW<br><br>CASE MANAGEMENT CONFERENCE STATEMENT AND ~~PROPOSED~~ ORDER<br><br>Date: December 15, 2015<br>Time: 1:30 P.M.<br>Place: Ronald Dellums Federal Building<br>       1301 Clay Street<br>       Oakland, CA 94612 |

Plaintiff in the above-entitled action submits this Case Management Statement and proposed order, and requests that the court adopt it as the Case Management Order in this case. Defendants have been served. The case is in the process of settling.

**DESCRIPTION OF THE CASE**

This is a claim for unpaid employee benefits to Taft-Hartley Employee Benefit Trust Funds. Plaintiffs would like to continue the case until February 16, 2016. Settlement negotiations are in progress. Plaintiffs expect this matter to be settled within the next 45 days. Therefore, Plaintiffs request that the case be continued until February 16, 2016, for another Case

CAMPBELL LAW OFFICE
1155 N. First St,
Ste. 218
San Jose, CA 95112

1

CASE MANAGEMENT CONFERENCE STATEMENT AND PROPOSED ORDER
No. 15-CV-04188-KAW

Management Conference.

Dated: December 8, 2015

Respectfully submitted,

/S/
SUE CAMPBELL
Attorney for Plaintiff

## ORDER

The Case Management Conference is hereby continued to February 16, 2016, at 1:30 P.M., at the Ronald Dellums Federal Building, 1301 Clay Street, Oakland, CA 94612. Plaintiff will file an update and proposed action seven (7) days prior to the Case Management Conference.

Dated: 12/09/15

Kandis A. Westmore
United States Magistrate Judge