SUE CAMPBELL, SBN 98728
MATTHEW P. MINSER, SBN 296344
CAMPBELL LAW OFFICE
1155 North First Street, Suite 218
San Jose, California 95112
Phone: (408) 277-0648
Fax:    (408) 938-1035

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE GELLER AND RONALD BENNETT AS TRUSTEES OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 302 HEALTH AND WELFARE AND PENSION TRUST FUNDS,<br><br>Plaintiffs,<br><br>vs.<br><br>JESS ZUNIGA ENTERPRISES, INC., A California Corporation DBA ZECO ELECTRIC COMPANY<br><br>Defendant(s). | CASE NO.: 15-CV-04188-KAW<br><br>CASE MANAGEMENT CONFERENCE STATEMENT AND ~~PROPOSED~~ ORDER<br><br>Date: February 16, 2016<br>Time: 1:30 P.M.<br>Place: Ronald Dellums Federal Building<br>       1301 Clay Street<br>       Oakland, CA 94612 |

Plaintiff in the above-entitled action submits this Case Management Statement and proposed order, and requests that the court adopt it as the Case Management Order in this case. Defendants have been served. The case is in the process of settling.

**DESCRIPTION OF THE CASE**

This is a claim for unpaid employee benefits to Taft-Hartley Employee Benefit Trust Funds. Plaintiffs would like to continue the case until March 29, 2016. Settlement negotiations are completed. We are waiting for payment from an outside source (a general contractor). If payment is not received we will file a request for default or a stipulation for entry of judgment.

CAMPBELL LAW OFFICE
1155 N. First St,
Ste. 218
San Jose, CA 95112

1

CASE MANAGEMENT CONFERENCE STATEMENT AND PROPOSED ORDER
No. 15-CV-04188-KAW

1  Plaintiffs expect this matter to be settled and payment received inthe next 30 days. Therefore,
2  Plaintiffs request that the case be continued until March 29, 2016 , for another Case Management
3  Conference.

                                           Respectfully submitted,

Dated: February 9, 2016

                                           /S/
                                           SUE CAMPBELL
                                           Attorney for Plaintiff

## ORDER

The Case Management Conference is hereby continued to March 29, 2016, at 1:30 P.M., at the Ronald Dellums Federal Building, 1301 Clay Street, Oakland, CA 94612.  Plaintiff will file an update and proposed action seven (7) days prior to the Case Management Conference.

Dated: 2/10/16                         MAGISTRATE JUDGE OF THE U.S. DISTRICT COURT